United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,                 No. C-13-5398 TEH (PR)

                                         ORDER OF DISMISSAL

_____/

        Plaintiff Ronald Lee Canada, an inmate at New Folsom State
Prison, commenced this action when he filed a one-page letter with
the Court on November 20, 2013, complaining of conditions at Pelican
Bay State Prison, where he was previously incarcerated.  Doc. #1.
On the same day the letter was filed, the Clerk notified Plaintiff
that the Court cannot respond to letters and, in order to file a
civil rights action, Plaintiff must submit his claims on the Court's
civil rights complaint form.  Doc. #2.  On the same day, the Clerk
also notified Plaintiff that his action was deficient because he had
neither paid the requisite $350.00 filing fee nor submitted a signed
and completed court-approved in forma pauperis (IFP) application
Doc. #3.  See 28 U.S.C. § 1915(a)(2).  With the notices, the Clerk
mailed to Plaintiff a blank civil rights complaint form and a blank

1  IFP application.  Plaintiff was advised that failure to file the

2  requested items within twenty-eight (28) days would result in

3  dismissal of the action.  Doc. ##2, 3.

4      The deadline to file the documents has passed and

5  Plaintiff has not filed them.  This action, therefore, is DISMISSED

6  WITHOUT PREJUDICE for failure to file an IFP application and a

7  completed civil rights complaint.

8      The Clerk shall terminate all pending motions as moot and

9  close the file.

10     IT IS SO ORDERED.

11

12 DATED       1/8/14

13                          THELTON E. HENDERSON
                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          2